**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

JOSEPH LEE,

  Plaintiff,

  vs.

U.S. GENERAL SERVICES
ADMINISTRATION, *et al.*,

  Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26cv561 (MSN/IDD)

## DEFENDANT'S MOTION TO TRANSFER

Pursuant to Federal Rule of Civil Procedure 12(b)(3) and Local Rule 7, Defendant respectfully moves to transfer this action to the U.S. District Court for the District of Columbia. The grounds for this motion are set forth in the attached memorandum.

Date: April 20, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: ____/s/_____
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3799
Fax: (703) 299-3983
Email: kirstin.o'connor@usdoj.gov

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, April 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I caused a copy of the foregoing to be mailed via first-class mail to pro se Plaintiff at the following address:

**JOSEPH LEE**
430 Bobcat Hollow
San Antonio, TX 78251

*Pro Se Plaintiff*

_____/s/_____
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:     (703) 299-3799
Fax:     (703) 299-3983
Email:  kirstin.o'connor@usdoj.gov

*Counsel for Defendant*

2